UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE CHARLENE EDWARDS HONEYWELL

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:22-cv-1989-CEH-AEP | **DATE:** April 26, 2024 |
| **INGRID TETREAULT, DEBRA CATLETTE, and CALLIE WHITE,** *on behalf of themselves and on behalf of all others similarly situated,*<br><br>    Plaintiffs,<br>**v.**<br><br>**VENICE HMA, LLC, d/b/a SHOREPOINT HEALTH VENICE, and VENICE HMA HOLDINGS, LLC,**<br><br>    Defendants. | **PLAINTIFF'S COUNSEL:**<br>Brandon J. Hill and<br>Amanda E. Heystek (Pl.)<br><br><br><br><br>**DEFENDANTS' COUNSEL:**<br>Nicholas S. Andrews (Def.) |
| **COURTROOM:** *via* Zoom | **INTERPRETER:** N/A |
| **TIME:** 12:58 P.M. – 1:12 P.M. | **TOTAL:** 14 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Sharon A. Miller |

**PROCEEDING: MOTION HEARING**

Court in session.

This matter is before the Court today on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 80).

Counsel is present *via* Zoom video conference and identified for the record.

Mr. Hill addresses the Court.

Mr. Andrews addresses the Court.

After review of the materials submitted and for the reasons articulated on the record, Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 80), is **GRANTED**.

A Fairness Hearing will be scheduled, and a written Order will be entered.

Court adjourned.