# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE CHARLENE EDWARDS HONEYWELL

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:22-cv-1989-CEH-AEP | **DATE:** October 23, 2024 |
| **INGRID TETREAULT, DEBRA CATLETTE, and CALLIE WHITE,** *on behalf of themselves and on behalf of all others similarly situated,*<br><br>         Plaintiffs,<br>**v.**<br><br>**VENICE HMA, LLC, d/b/a SHOREPOINT HEALTH VENICE, and VENICE HMA HOLDINGS, LLC,**<br><br>         Defendants. | **PLAINTIFFS' COUNSEL:**<br>Brandon J. Hill<br><br><br><br><br>**DEFENDANTS' COUNSEL:**<br>Nicholas S. Andrews |
| **COURTROOM:** 13A | **INTERPRETER:** N/A |
| **TIME:** 11:05 A.M. – 11:39 A.M. | **TOTAL:** 34 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURT REPORTER:** Sharon A. Miller |

**PROCEEDING: FINAL APPROVAL HEARING**

Court in session.

Counsel is present and identified for the record.

This matter is before the Court today for a Final Approval Hearing.

The Court hears oral argument from counsel.

Mr. Hill addresses the Court.

Mr. Andrews addresses the Court.

For the reasons articulated on the record, Plaintiffs' Unopposed Motion for Final Approval of the Parties' Class Action Settlement (Doc. 92) and Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs (Doc. 93) are GRANTED. The Court directs Plaintiffs' counsel to file an itemization of the litigation costs.

The joint objection to the notice of settlement filed by Lawrence Brady and Barbara Hyland (Doc. 89) is overruled.

A written order will be entered.

Court adjourned.